Appendix A

United States Courts
Southern District of Texas
F I L E D

DEC 1 4 2022

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Tremeka Davis, Tavis Davis

§
§
§
§
§
§
§
§
§

versus

CIVIL ACTION NO. _____

Harris County Jail.
Sheriff Gonzalez
Baton Rouge La
Police Department
Sheriff Internal Affairs

EMPLOYMENT DISCRIMINATION COMPLAINT

1.     This action is brought under Title VII of the Civil Rights Act of ~~1964~~ 1983 for ~~employment~~ inmate

discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2.     The Plaintiff is:     Tremeka Davis, Tavis Davis

Address:     6005 S. Gessner Apt 1253,

County of Residence:     Harris County

3.     The defendant is:     Harris County Jail

Address:     Sheriff Gonzalez

1200 Baker Street

Houston, Texas 77002

☑     Check here if there are additional defendants. List them on a separate sheet of paper with

their complete addresses.

4.     The plaintiff has attached to this complaint a copy of the charges filed on _____

with the Equal Opportunity Commission.

5.     On the date of _____, the plaintiff received a Notice of Right to Sue

letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6.    Because of the plaintiff's:

(a)  ☑  race

(b)  ☑  color

(c)  ☑  sex

(d)  ☑  religion

(e)  ☑  national orgin,

the defendant has:

(a)  ☐  failed to employ the plaintiff

(b)  ☐  terminated the plaintiff's employment

(c)  ☐  failed to promote the plaintiff

(d)  ☐  other: *Sexual Rapes assault, discrimination Complant, Organ Trafficking and sex Trafficking, Ritual abuse*

7.    When and how the defendant has discriminated against the plaintiff:

*2017 Congress Women Sheila Lee Jackson So Police office With Katisha Brown, Robert Riheek Williams, etc. got on Tavis -*

8.    The plaintiff requests that the defendant be ordered:

(a)  ☑  to stop discriminating against the plaintiff

(b)  ☑  to employ the plaintiff

(c)  ☐  to re-employ the plaintiff

(d)  ☑  to promote the plaintiff

(e) ☑ to *Electromagnetic torture or Psychotronic Torture is a Conspiracy theory* and that;

(f) ☑ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

*Siemetra Davis, Tavis Davis*
(Signature of Plaintiff)

Address: *6005 S. Gessner*
*Apt. 1253 Houston Tx 77036*

Telephone: *832-306-5931*

# HARRIS HEALTH SYSTEM

Davis, Tevis
MRN: 073021880  DOB: 6/12/2001  Sex :M
Adm:  , D/C 10/30/2022
Medicaid #

## 10/30/2022 - ED in Emergency Center BT

**ED Provider Note**

ED Provider Notes by McIntyre, Mark E, ResidentMD at 10/30/2022 1220

## History

### Chief Complaint
Patient presents with
- **Sexual Assualt**
  *PT states does not know when he was assaulted*
- **Rectal Pain**

21 y.o male with presenting for sexual assault. Per patient, he has been assaulted multiple times over the past week. Patient states that he has began to develop rectal pain and bleeding. In addition, patient states that his assailants have been taunting him through "talking from the TV". Patient is here now complaning of continued symptoms but denying active SI/HI and AVH.

## Medical History
### Past Medical History

| | Date | Comments |
|---|---|---|
| Chronic abdominal pain [R10.9, G89.29] | started 2 year ago | |
| Obesity [E66.9] | | |
| Liveborn by C-section [Z38.01] | | |
| Homeless [Z59.00] | 2014 | resident at SOHF |

## Surgical History
### Past Surgical History

| | Laterality | Date | Comments |
|---|---|---|---|
| PATIENT DENIES HISTORY OF SURGICAL PROCEDURE [E100088] | | | |

## Family Medical History

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Diabetes | Maternal Grandmother | | |
| Hypertension | Maternal Grandmother | | |
| Psychiatry | Mother | | |

## Social History
### Tobacco History

| Smoking Status | Smoking Tobacco Type |
|---|---|
| **Passive Smoke Exposure - Never Smoker** | **Cigarettes** |
| Smokeless Tobacco Use Unknown | |



**Legacy Community Health**
Legacy Fifth Ward Lyons Pediatrics
3811 Lyons Ave   Houston, TX  77020
(832) 548-5400  Fax: (832) 548-5482
May  9, 2019

**Name:** Tavis Davis
**DOB:**  06/12/2001

**To Whom It May Concern:**

17 years old male who presented to the clinic with about 2 days of mental confusion, abdominal pain and a headache. For the abdominal pain there is suspicion of constipation and gastritis. I am particularly concerned about the mental confusion in the presence of a headache. Please evaluate.

Sincerely,

Larry Caesar

**Larry Caesar MD**
**Legacy Fifth Ward Lyons Pediatrics**

23

Compose E-mail

Delete | Spam | Reply | Forward | Move

Close

LAW SUE

Law sue

11/2

Unread
Favorite
Inbox

Display

Trash
Spam
Sent
Drafts
help7@

+ New fol
+ Add e-r



Help

Settings

eenshot_2022117    Screenshot_2022117    Screenshot_2022117    Screenshot_2022117    Screenshot_2022

About us



17

Compose E-mail

tavis

Find emails easier — try the new full-text search and **give us your feedback**

Close

To

Unread
Favorit
Inbox

∧ Display
Trash
Spam
Sent
Drafts
help7@.

＋ New fol
＋ Add e-



I phone
y brev

Help
Settings
About us



23

## Compose E-mail

LAW SUE

Unread
Favorit
Inbox

Display
Trash
Spam
Sent
Drafts
help7@

+ New fol
+ Add e-r

Find emails easier — try the new full-text search and **give us your** feedback

Close





Help

Settings

About us

Screenshot_2022112    Screenshot_2022112    Screenshot_2022







## Law sue

| | |
|---|---|
| **From:** | "Tre Davis" <DaVincicode@gmx.com> |
| **To:** | picture1976@gmx.com |
| **Date:** | Nov 23, 2022 12:36:56 PM |

It's an emergency they doing Satanic rituals in the jail that pierces his skin a passionate back up and talking to him on his brain been aggressive and fighting him fist of fist he his head injury and guys is proud of him more than one hit him at the same time they fighting him because they fight him over his own inheritance Shawn Carter aka Jay Z and Christopher B. Bridge Ludacris have a satanic music and sex ritual going on in the jail

They following me from place to place business to business it's impossible for me to live without being able to go grocery shopping and other things and a sex trafficking him and his baby boy the son of Jordan that's a year and a half he may have made two by now but they've been fighting the baby for about a year now can please help us

Here's a picture of my little niece Carnisha Williams who they sign producing and other family members they removing his brain cells and call them artificial intelligence

They have also removed mine and made a robot FM Meka I wouldn't be a demon so they remove my brain cells and made a demon anyway

✉

Compose E-mail

LAW SUE

Unread
Favorit
Inbox

∧ Display
Trash
Spam
Sent
Drafts
help7@

+ New fol
+ Add e-n

Delete | Spam | Reply    | Forward | Move

Law sue                          Close
                          Close Fullscreen  ☆



1  TREMEKA L.DAVIS

2  6005 S.GESSNER 1253

3  HOUSTON TEXAS

4  In the _____ DISTRICT _____ Court for the County of _____ HARRIS COUNTY _____

5  in the State of _____ TEXAS _____

6  _____ JUDICIAL DISTRICT

7  TREMEKA DAVIS, TAVIS DAVIS )    Case No.: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   AND DESHAWN JORDAN        )             DISCRIMINATION , CRUEL
8      Plaintiff,            )             UNUSAL PUNISHMENT,SEXUAL
                             )    Complaint ASSAULT BY SECURITY GUARD
9   v.                       )             HARASSMENT AND ASTRAL
                             )             BODY SWAPPING AND ASTRAL
10 HARRIS COUNTY AND THE STATE OF TEXAS )   SPING,POLICE RITUAL ABUSE,
                             )             BATON ROUGELA,LITTIE ROCK
11     Defendant.            )             AK,HOSTON TX,FORD BEND TX,
                             )             DALLAS POLICE DEPARTMENT
12 _____ )           SEX TRAFFICKING,ORGAN
                                           TRAFFICKING
           PLAINTIFF'S ORIGINAL PETITION

13     Plaintiff  _____ TREMEKA DAVIS , _____ brings forth the following causes of

14 action and alleges the following:

15 1.   Plaintiff is an individual and a resident of _____ HOUSTON _____, _____ TEXAS _____.

16 2.   Defendant is a legally defined business entity, formed under the laws of

17 State of _____ TEXAS _____, and located at _____ 1200 BAKER STREET _____,

18 HOUSTON _____, TEXAS _____ 77002 _____.

19 3.   On about _____ OCTOBER _____ 30 _____, 2022 _____ TAVIS DAVIS WAS SEXUAL ASSAULT MULTIPLE TIME

20 OVER THE PAST WEEK.  BY A NUMEBER OF SHERIFF OFFICERS SECURITY GUADS IN HARRIS COUNT JAIL.

21 TAVIS DAVIS HAS HAD A LOT OF SWOLLEN AND INFLASMED VEINS IN THE RECTUM _____.

22 4.   On about _____ MAY _____ 26 _____, 2019 _____ TAVIS WAS ATTACKED BY THE BATON ROUGE

23 LA ,POLICE AND HOUTSON POLICE DEPARTMENT,HOUSTON TEXAS SHERIFF'S DEPARTMENT

24 AT THE JAIL, DALLAS POLICE DEPARTMENT AND FORT BEND _____.

25 5.   I TREMEKA DAVIS WENT TO HARRIS COUNTY JAIL TO ASK FOR HELP AND DIDN'T GET THE RIGHT

26 HELP INSTTEAD I WAS ATTACKED ON MANY OCCASION AND ORGAN TRAFFICKED ALONG WITH TAVIS

27 DAVIS AND HIS 1 1/2 YEAR OLD BABY DESHAWN JORDAN AND MOTHER BARABARA DAVIS SEX

28 TRAFFICKED ,US FROM BUSINESS TO BUSINESS AND FOLLOWED TO OTHER STATE,ATTACKED

1
2

Plaintiff brings forth the following counts and allegations supporting Plaintiff's cause of action:

3

### Count 1 – POLICE RITUAL ABURE          .

4  ON OCTOBER 30, 2022 TAVIS DAVIS WAS SEXUALT MULTIPLE TIME OVER THE PAST WEEK. BY A NUMEBER

5  OF SECURITY GUARDS IN HARRIS COUNT JAIL TAVIS DAVIS HAS HAD A LOT OF SWOLLEN

6  AND INFLAMED VEINS IN THE RECTUM AND ANUS THAT CAUSEDISCOMFORT PAIN AND BLEEDING AND IS

7  CONSTANTLY BEING HARASSED IT HAS GOTTEN TO THE POINT WHERE IT'S HARD FOR HIM TO WATCH TELEVISION

8  THEY'RE HARASSING HIM THROUGH THE AIR WAVE ON T.V. HE COULD HARDLY STAND IT .IT'S TOO

9  MUCHDISURBANCE I'M ASK FOR YOU TO RELEASE HIM AND ASKING FOR THEM TO RETURE ALL

10  WHAT THEY STOLE FROM US, OUR INHERITANCE ARE ANY THING ELSE THEY MAY HAVE RECEIVED

11  FROM HUMAN OR ORGAN TRAFFICKING US THEY HIRED PROPERTY HARRIS COUNTY SHERIFF

12  DEPARTMENT MAY HAVE RECEIVED. AND ASKING FOR PAIN AND SUFFRING MONEY FOR THE ALL THE

13  RITUAL ABUSE ,AND FOR BODY SWAPPING DNA DISEASE FROM INFECTED PEOPLE

14

### Damages

15
16
17

WHEREFORE, Plaintiff seeks compensatory damages in the amount of $_____, plus all attorney fees and costs incurred by Plaintiff in connection with this action.

18
19
20
21

Additionally, Plaintiff seeks THE RELEASE OF TAVIS DAVIS,HIS SON TO BE IN OUR CUSTODY DESHAWN JORDAN,OUR INHERITANCE THE POLICE DEPARTMENT IS HANDING OUT TO OUR CLOSE AND DISTANT FAMILY MEMBERS OUR ORGAN ,AND BODY SWAPS BACK SOME WHERE TOO LIFE    . FOR THE INJURY THEY CAUSED

22

23  Respectfully submitted this 23 day of November, 2022

24
25  [Party's Name]

26  Name: [Signer]
27  Its:
28  Plaintiff

NOTARY SIGN

Astral Projection and Jay z and Beyonce
Ape Shit Song  Aping - to impersonate,
Copy or imitate someone

in the Video Jayz Beyonce is stand in front
of the mona lisa Printing its a green wall
With Orange lights behind it.

I ask would they Used the Color's
to show I was apart of this to
and They did

The Color are my Jr. High School
Color that we (the girls Obama
                      etc. Used as there
                   Wife's)

They Dedicated this song to the
44th president Barak Obama

※ Jay Z Astral Traveling Cult
※ Barak Obama have a
    Shade Government

how they Use astral Project
and Brain to Brain Communiation
to Started Fight in Harris
Country Jail
※ Jay Z glowing eye demons

✉

08

Compose E-mail

rihanna

Unread
Favorite
Inbox

∧ Display
Trash
Spam
Sent
Drafts
help7@
+ New fol
+ Add e-

Find emails easier — try the new full-text search and give us your  feedback
Close

11:26 ▆ ▲ ✿ ▣ ▩       ◣ ▨ ⏵ 76%▆

G   world war 3 on the brain              🎤

All    News    Videos    Images    Shopping    Maps

▶ https://m.youtube.com › watch                    ⋮

Is World War III on Its Way? | George
Friedman at Brain Bar - YouTube

UPLOADED BY:
Brain Bar

POSTED:
Oct 11, 2017

25:48

9 key moments in this video                        ∨

f  https://m.facebook.com › category              ⋮

Brain War: World War 3 - Home |
Facebook

Brain War: World War 3. 61 likes. The World War 3 is
going on in silence in people's Brain's. With ICT
technology, ICT implants and Artificiell...

https://m.facebook.com › profile                  ⋮

Brain War: World War 3 - Facebook

Brain War: World War 3. 61 likes. The World War 3 is
going on in silence in people's Brain's. With ICT...

→    More results from m.facebook.com

✳          💾          🔍          🗐          •••
Discover   Snapshot    Search    Collections    More

III          ◯          ‹

Help
eenshot_2022091    Screenshot_2022091    Screenshot_2022091
Settings
About us                        Watch "Rihanna & ASAP Rocky Visit The Je...    wiliful Force



HOUSTON METHODIST
LEADING MEDICINE

Houston Methodist Hospital
6565 FANNIN
HOUSTON TX 77030

Davis, Tavis
MRN: 109029477, DOB: 6/12/2001, Sex: M
ADM: 5/26/2019, D/C: 5/28/2019

## ED Triage Notes - ED Notes

### ED Triage Notes

| | | |
|---|---|---|
| Author: Valdez, Glenda, RN | Service: — | Author Type: Registered Nurse |
| Filed: 5/26/2019 3:16 AM | Date of Service: 5/26/2019 3:15 AM | Status: Signed |
| Editor: Valdez, Glenda, RN (Registered Nurse) | | |

Initial contact w/ patient - brought in by HFD " here for altered mental status" Heart rate 134 - patient to bed 9

Electronically Signed by Valdez, Glenda, RN on 5/26/2019 3:16 AM

## ED Provider Notes - ED Notes

### ED Provider Notes

| | | |
|---|---|---|
| Author: Nuszen, Jack A., DO | Service: — | Author Type: Physician |
| Filed: 5/26/2019 5:36 AM | Date of Service: 5/26/2019 3:44 AM | Status: Signed |
| Editor: Nuszen, Jack A., DO (Physician) | | |

Procedure Orders
1. ECG 12 lead [269202041] ordered by Nuszen, Jack A., DO at 05/26/19 0406

INCOMPLETE NOTE. Complete following data & Refresh Note
  - ED DISPO missing
  - CLINICAL IMPRESSION missing

### Emergency Department Provider Note
### Location: HMH MAIN ED

**Patient ID:** Tavis Davis is a 17 y.o. male.

## Chief Complaint

**Chief Complaint**
Patient presents with
  • confused " acting crazy"

## History of Present Illness

17 y/o male with no significant PMHx presents to ED with confusion and bizarre behavior onset 4 days PTA per mother. Pt answers questions with difficulty. Answers that he is at Methodist hospital but does not know why he was brought to ED. Pt states that he picked up something off ground and drank it and had "just a taste." Doesn't know what it was. Pt smokes marijuana and 3-4 months ago used narcotic pills, but has since stopped taking the pills. Pt states he does not have a psychiatrist and has only been previously prescribed medication for sleep difficulties. Pt states he previously dropped out of school. Pt's mother states that she is concerned that "mind control is bad in the houston area and wants to scan pt's brain and check electrolytes to see if he is under mind control." Last known normal was 4 days ago when his mother says he woke up confused, not acting himself, and slow. Denies suicidal and homicidal ideation as well as auditory/visual hallucinations. Mother states that pt has not been doing anything to hurt himself. Mother states that pt denies drug use. Mother took him to a medical clinic who told them that they need imaging for pt's brain.

Houston Methodist Hospital
6565 FANNIN
HOUSTON TX 77030

Davis, Tavis
MRN: 109029477, DOB: 6/12/2001, Sex: M
ADM: 5/26/2019, D/C: 5/28/2019

**ED Provider Notes - ED Notes (continued)**

ED Provider Notes (continued)

## Medications

**ED Medications**
Not on File

## Review of Systems

Review of Systems
**Constitutional:** Negative.
**HENT:** Negative.
**Eyes:** Negative.
**Respiratory:** Negative.
**Cardiovascular:** Negative.
**Gastrointestinal:** Negative.
**Endocrine:** Negative.
**Genitourinary:** Negative.
**Musculoskeletal:** Negative.
**Skin:** Negative.
**Allergic/Immunologic:** Negative.
**Hematological:** Negative.
**Neurological:** Negative.
**Psychiatric/Behavioral:** Positive for behavioral problems **(bizarre.)** and confusion. Negative for hallucinations, homicidal ideas and suicidal ideas.
All other systems reviewed and are negative.

## Physical Exam

ED Triage Vitals [05/26/19 0314]

| Temp | Pulse | Resp | BP | SpO2 |
|---|---|---|---|---|
| -- | **134** | **18** | **138/74** | **96 %** |

| Temp src | Heart Rate Source | Patient Position | BP Location | FiO2 % |
|---|---|---|---|---|
| -- | **Monitor** | **Sitting** | **Right arm** | -- |

Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat: Uvula is midline. No oropharyngeal exudate, posterior oropharyngeal edema, posterior

Generated by TMHDLG7 at 6/10/19 11:14 AM



Houston Methodist Hospital
6565 FANNIN
HOUSTON TX 77030

Davis, Tavis
MRN: 109029477, DOB: 6/12/2001, Sex: M
ADM: 5/26/2019, D/C: 5/28/2019

## ED Provider Notes - ED Notes (continued)

**ED Provider Notes (continued)**

oropharyngeal erythema or tonsillar abscesses.
**Nares patent. No nasal discharge. No septal abnormalities noted. Oropharynx with no evidence of obstruction.**
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae, EOM and lids are normal. No scleral icterus. Right eye exhibits no nystagmus. Left eye exhibits no nystagmus.
**Lashes normal. Cornea within normal limits. Periorbital areas with no redness, or edema.**
Neck: Trachea normal and normal range of motion. No JVD present. No thyroid mass and no thyromegaly present.
**Neck supple. No cervical lymphadenopathy.**
Cardiovascular: Normal rate, regular rhythm, S1 normal and S2 normal. Exam reveals no gallop and no friction rub.
No murmur heard.
**PMI normal. No pulse deficits or pedal edema.**
Pulmonary/Chest: Breath sounds normal. He has no wheezes. He has no rhonchi. He has no rales. Right breast exhibits no tenderness. Left breast exhibits no tenderness.
**Normal chest wall appearance and motion. No deformity. No lesions are appreciated. No increased work of breathing, retractions, or nasal flaring.**
Abdominal: Soft. Bowel sounds are normal. He exhibits no distension. There is no hepatosplenomegaly. There is no tenderness. There is no rebound and no guarding.
**No tympany.**
Musculoskeletal:
**Pulses equal. No cyanosis. Neurovascularly intact. Full, normal range of motion. No peripheral edema.**
Neurological: He is alert.
**Awake and alert. Oriented to person, place, time, and situation. Cranial nerves II-XII are grossly intact.**
Skin: Skin is warm and dry. No lesion and no rash noted. No pallor.
**Normal turgor. No cellulitis.**
Psychiatric: He is not actively hallucinating. He expresses no homicidal and no suicidal ideation.
**Bizarre behavior. Confused. No homicidal ideations. No suicidal ideation. No auditory/visual hallucinations.**
Nursing note and vitals reviewed.

## ED Course

**ED Course** as of May 26 0505
**Sun May 26, 2019**

| | |
|---|---|
| 0442 | Pt is getting more aggressive and aggravated. Mental status is clearly abnormal, not comprehending anything ED personnel is telling him. Pt's mother has left. Pt will be medically sedated so that tests can be done as pt is currently fighting ED personnel on this. [EY] |
| 0453 | Pt attempted to leave ED while in altered mental status. Pt was returned to his room. Pt's mother has returned. [EY] |
| 0500 | Pt was restrained by ED personnel and public |





HOUSTON
**Methodist**
LEADING MEDICINE

Houston Methodist Hospital
6565 FANNIN
HOUSTON TX 77030

Davis, Tavis
MRN: 109029477, DOB: 6/12/2001, Sex: M
ADM: 5/26/2019, D/C: 5/28/2019

## ED Provider Notes - ED Notes (continued)

**ED Provider Notes (continued)**

### Differential Diagnoses

This patient has a differential diagnosis of TIA, CVA, hepatic encephalopathy, electrolyte imbalance, ICH, drug overdose.

### Final Diagnoses

Final diagnoses:
None

### Disposition

This patient has a disposition of Data Unavailable.

### ED Attestations

Scribe Attestation: This document is recorded by Eric Yin acting as a scribe under the direction and presence of Nuszen, Jack A., DO.

Provider attestation of scribe: Jack A. Nuszen, DO: I personally performed the services recorded by the scribe in my presence. I confirm the scribe's documentation has been reviewed by me to accurately record my work, treatment, procedures, and medical decision making.

Yin, Eric S
05/26/19 0506

Nuszen, Jack A., DO
05/26/19 0536

Electronically Signed by Nuszen, Jack A., DO on 5/26/2019  5:36 AM

## ED Notes - ED Notes

**ED Notes**

| Author: Coats, Caitlin, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 5/26/2019  3:30 AM | Date of Service: 5/26/2019  3:30 AM | Status: Signed |
| Editor: Coats, Caitlin, RN (Registered Nurse) | | |

Spoke with pt mother.  She will be here in about 20 minutes.

Coats, Caitlin, RN

**HOUSTON**
**Methodist**
LEADING MEDICINE

Houston Methodist Hospital
6565 FANNIN
HOUSTON TX 77030

Davis, Tavis
MRN: 109029477, DOB: 6/12/2001, Sex: M
ADM: 5/26/2019, D/C: 5/28/2019

## ED Notes - ED Notes (continued)

### ED Notes (continued)

05/26/19 0330

Electronically Signed by Coats, Caitlin, RN on 5/26/2019  3:30 AM

### ED Notes

| Author: Coats, Caitlin, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 5/26/2019 5:05 AM | Date of Service: 5/26/2019 3:43 AM | Status: Signed |
| Editor: Coats, Caitlin, RN (Registered Nurse) | | |

Pt came to the ED via EMS.  Per EMS they were called by police.  The pt and mom were pulled over, but EMS was called due to the pt acting "strangly and elevated HR in the 130s."  Pt mother arrived 20 minutes later stating the pt has "not been himself for 4 days."  She asked "do you think that someone could have hacked his brain and is controlling him?"  Pt is not making any sense when he answers questions.

Coats, Caitlin, RN
05/26/19 0505

Electronically Signed by Coats, Caitlin, RN on 5/26/2019  5:05 AM

### ED Notes

| Author: Coats, Caitlin, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 5/26/2019 5:31 AM | Date of Service: 5/26/2019 5:05 AM | Status: Signed |
| Editor: Coats, Caitlin, RN (Registered Nurse) | | |

Pt became increasingly agitated when trying to drawl blood. Pt started yelling "take the needle out, if you don't believe in got you cant touch me." Pt looked at his mother stating "mom make her stop she doesn't believe in god so she cant touch me."  The mother asked me to take the needle out.   I explained that we would have to stick him again and pt stated that was fine." I removed the needle and the pt started crawling off the jacked up stretcher. I told the pt to stop and lowered the bed.  Pt preceded to crawl out of the bed and try and exit the room.

Coats, Caitlin, RN
05/26/19 0531

Electronically Signed by Coats, Caitlin, RN on 5/26/2019  5:31 AM

### ED Notes

| Author: Coats, Caitlin, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 5/26/2019 5:34 AM | Date of Service: 5/26/2019 5:31 AM | Status: Signed |
| Editor: Coats, Caitlin, RN (Registered Nurse) | | |

Pt tried running out of ED doors.  Asked to go back to room.  Pt started to walk back to room and proceeded to get aggressive.  Dr. Nuszen notified.

Coats, Caitlin, RN
05/26/19 0534

---



| | Houston Methodist Hospital | Davis, Tavis |
|---|---|---|
| | 6565 FANNIN | MRN: 109029477, DOB: 6/12/2001, Sex: M |
| | HOUSTON TX 77030 | ADM: 5/26/2019, D/C: 5/28/2019 |

## ED Notes - ED Notes (continued)

### ED Notes (continued)

Electronically Signed by Coats, Caitlin, RN on 5/26/2019  5:34 AM

### ED Notes

| Author: Coats, Caitlin, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 5/26/2019  5:44 AM | Date of Service: 5/26/2019  5:34 AM | Status: Addendum |
| Editor: Coats, Caitlin, RN (Registered Nurse) | | |
| Related Notes: Original Note by Coats, Caitlin, RN (Registered Nurse) filed at 5/26/2019  5:35 AM | | |

Security called.  Pt physically held down at 0450 to administer Haldol and Ativan.  Pt asked to stay calm after we let him go.  Pt continued to stay calm.

Coats, Caitlin, RN
05/26/19 0535


Coats, Caitlin, RN
05/26/19 0544


Electronically Signed by Coats, Caitlin, RN on 5/26/2019  5:44 AM

### ED Notes

| Author: Coats, Caitlin, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 5/26/2019  5:37 AM | Date of Service: 5/26/2019  5:35 AM | Status: Signed |
| Editor: Coats, Caitlin, RN (Registered Nurse) | | |

Pt started to flop around in the bed rolling and hanging off the sides.  Pt placed back in the bed properly.

Coats, Caitlin, RN
05/26/19 0537


Electronically Signed by Coats, Caitlin, RN on 5/26/2019  5:37 AM

### ED Notes

| Author: Coats, Caitlin, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 5/26/2019  5:39 AM | Date of Service: 5/26/2019  5:37 AM | Status: Signed |
| Editor: Coats, Caitlin, RN (Registered Nurse) | | |

Mother was asked several times to wait right outside the door as we worked to help the pt.  Pt mother kept entering the room after asked to stand right outside the door getting in the way of staff interfering with our work.  Pt became increasingly agitated every time the mother would enter the room.

Coats, Caitlin, RN
05/26/19 0539


Electronically Signed by Coats, Caitlin, RN on 5/26/2019  5:39 AM

### ED Notes



HOUSTON
**Methodist**
LEADING MEDICINE

Houston Methodist Hospital
6565 FANNIN
HOUSTON TX 77030

Davis, Tavis
MRN: 109029477, DOB: 6/12/2001, Sex: M
ADM: 5/26/2019, D/C: 5/28/2019

## ED Notes - ED Notes (continued)

### ED Notes

| Author: Rostollan, Madeleine B, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 5/27/2019  6:05 AM | Date of Service:  5/27/2019  6:04 AM | Status:  Signed |
| Editor: Rostollan, Madeleine B, RN (Registered Nurse) | | |

Linna Vongsy gives AOC at 0600.
Dr Dante Burgos completed doc to doc with Dr Nuszen at 0451.

Rostollan, Madeleine B, RN
05/27/19 0605

Electronically Signed by Rostollan, Madeleine B, RN on 5/27/2019  6:05 AM

### ED Notes

| Author: Rostollan, Madeleine B, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 5/27/2019  6:25 AM | Date of Service:  5/27/2019  6:24 AM | Status:  Signed |
| Editor: Rostollan, Madeleine B, RN (Registered Nurse) | | |

Since administration of medication, patient has remained calm and has slept throughout the shift. NAD noted. Patient has ambulated to rr with no complications.

Rostollan, Madeleine B, RN
05/27/19 0625

Electronically Signed by Rostollan, Madeleine B, RN on 5/27/2019  6:25 AM

### ED Notes

| Author:  Graham, Melissa, RN | Service: — | Author Type:  Registered Nurse |
|---|---|---|
| Filed:  5/27/2019 10:59 AM | Date of Service:  5/27/2019 10:00 AM | Status:  Signed |
| Editor:  Graham, Melissa, RN (Registered Nurse) | | |

Second report made to CPS.  #72330125 made to  Sarita #5244.  Every time mom goes into patients room patient gets worse.  Began banging his head on the bed while she was in the bed.  Mom states that he is "posessed by the devil and she is in spiritual warfare."

Graham, Melissa, RN
05/27/19 1059

Electronically Signed by Graham, Melissa, RN on 5/27/2019 10:59 AM

### ED Notes

| Author:  Graham, Melissa, RN | Service: — | Author Type:  Registered Nurse |
|---|---|---|
| Filed:  5/27/2019  6:04 PM | Date of Service:  5/27/2019  6:03 PM | Status:  Signed |
| Editor:  Graham, Melissa, RN (Registered Nurse) | | |

Patient has been restless, engaged with voices, having hallucinations most of the day.  Is eating his meals.

Graham, Melissa, RN
05/27/19 1804



| | Houston Methodist Hospital | Davis, Tavis |
|---|---|---|
| | 6565 FANNIN | MRN: 109029477, DOB: 6/12/2001, Sex: M |
| | HOUSTON TX 77030 | ADM: 5/26/2019, D/C: 5/28/2019 |

**Consult Notes (continued)**

**Consults (continued)**

Judgement: Impaired
Speech Content: (MUMBLING, INCOHERENT)
Resources for Emotional Support: Family

Attempted suicide within last 30 days?: No
Attempting or threatening suicide/self harm?: No
Expressing suicidal/self harm thoughts without intent?: No
Feelings of Hopelessness?: No
Isolated from others?: No
Mood inconsistent with state of illness?: No
Coping with recent loss/disruption in support system?: No
Recent Psychological Experiences: (UNABLE TO REPORT)
Family History of Suicide, Self Harm, Violence: None
Current Plans to Harm Another: NO
Previous Plans to Harm Another: NO
Access to Weapons: No
Methods to Calm Down: PRN medications
Safe in Home: Unable to assess
Safe in Relationship: Unable to assess
Threatened or Abused Physically, Emotionally or Sexually by Partner/Spouse/Family Member: Unable to assess
Do you have some place safe to go?: Unable to assess

Living Arrangements: Parent(s)
Support Systems: Family members
Support Person's Name and Phone Number: MOTHER
Type of Residence: Private residence

Risk of Suicide: Low to none
Risk of Homicide: Low to none
Level of Care Recommended: Inpatient care
Reason for Level of Care Recommended: Need for further care to avoid further deterioration or decompensation
Admission Status: Admission is involuntary
Patient has a guardian?: Yes(MOTHER )

Reason for Communication: Patient disposition
Provider Name: (DR. WEGG)
Provider Role: ED Physician
Method of Notification: Face to face
Response: In department

Pt in ER last night via EMS called by mother "he was confused and said he needs to go to hospital." Pt states he called EMS himself. Pt was altered in ER difficulty with self report. Mother reports bizarre behavior and confusion at his brother's house last night but does not elaborate on the behavior. Pt was medicated and



| | |
|---|---|
| HOUSTON | Houston Methodist Hospital    Davis, Tavis |
| **Methodist** | 6565 FANNIN                           MRN: 109029477, DOB: 6/12/2001, Sex: M |
| LEADING MEDICINE | HOUSTON TX 77030              ADM: 5/26/2019, D/C: 5/28/2019 |

## Consult Notes (continued)

### Consults (continued)

during eval he was somnolent, Mumbling, and speech was disorganized. Pt oriented to name and place only. He denied depressive sxs but reports not sleeping for two days, feeling energetic and racing thoughts. Pt states getting elavil from his aunt in the past and mother reports giving him elavil this time because he could not sleep. Pt talked about "Working with God" then talked about Princess of Gana. He appeared paranoid when offered juice and asked "are you trying to kill me?" Denied SI/HI or hx of aggression. Reports OD on pills time frame unknown "long time ago". Pt reports CPS involvement "unathorized placement." He is not able to elaborate about the case. Denied hx of abuse towards him or any arrests for criminal activity. ER RN made report to CPS. Reports smoking marijuana yesterday but not a daily habit. Mother denied knowledge of Pt using substances. Reports using a pill but unknown when or what he took. Pt has no MH hx per mother. Mother's report is questionable. She is vague, pauses and appears to be guarded in reporting pt's sxs or hx. Pt recommended for Invol psyc hospitalization. Clinicals faxed to Woodland Springs.

Electronically Signed by Pereyra, Sara, LCSW on 5/26/2019  2:48 PM

### Consults

| | | |
|---|---|---|
| Author: Pereyra, Sara, LCSW | Service: — | Author Type:  Social Worker |
| Filed: 5/26/2019  6:18 PM | Date of Service:  5/26/2019  5:00 PM | Status:  Signed |
| Editor:  Pereyra, Sara, LCSW (Social Worker) | | |

Contacted Woodland Springs at 1645 and intake stated they need a re-eval of pt in 3 hrs "he was chemically restrained at 4am." Intake asking to do another Rn2Rn after pt awake. RN melissa requested initiating transfer to other facilities.

Initiated transfer to WPS and confirmed fax but Ann in intake stated they do not take minors that are invol. Melissa RN stated they will not change the status of pt to vol as mother is not reliable.

Initiated transfer to Cypress Creek and confirmed fax with Cynthia at 1811.

Initiated transfer with Houston Behavioral and confirmed fax with Ken 1814. No beds today but there will be discharges tomorrow.

Electronically Signed by Pereyra, Sara, LCSW on 5/26/2019  6:18 PM

### Consults

| | | |
|---|---|---|
| Author:  Terry, Wanda Kay, MD | Service:  Psychiatry | Author Type:  Physician |
| Filed: 5/27/2019  9:39 AM | Date of Service:  5/27/2019  8:36 AM | Status:  Signed |
| Editor:  Terry, Wanda Kay, MD (Physician) | | |

#### TelePsychiatry Consult Note

Subjective

**Chief Complaint**
Pt has not concerns

**Patient Location:** Emergency Department



Houston Methodist Hospital
6565 FANNIN
HOUSTON TX 77030

Davis, Tavis
MRN: 109029477, DOB: 6/12/2001, Sex: M
ADM: 5/26/2019, D/C: 5/28/2019

**Consult Notes (continued)**

Consults (continued)

**History of Present Illness: Review of records:** Pt has been agitated in ED refused blood draw because concerns RN did not believe in god, pt tried to run out of ED, became "aggressive" with security, started flopping around in bed,
**ED Provider's note:**

17 y/o male with no significant PMHx presents to ED with confusion and bizarre behavior onset 4 days PTA per mother. Pt answers questions with difficulty. Answers that he is at Methodist hospital but does not know why he was brought to ED. Pt states that he picked up something off ground and drank it and had "just a taste." Doesn't know what it was. Pt smokes marijuana and 3-4 months ago used narcotic pills, but has since stopped taking the pills. Pt states he does not have a psychiatrist and has only been previously prescribed medication for sleep difficulties. Pt states he previously dropped out of school. Pt's mother states that she is concerned that "mind control is bad in the houston area and wants to scan pt's brain and check electrolytes to see if he is under mind control." Last known normal was 4 days ago when his mother says he woke up confused, not acting himself, and slow. Denies suicidal and homicidal ideation as well as auditory/visual hallucinations. Mother states that pt has not been doing anything to hurt himself. Mother states that pt denies drug use. Mother took him to a medical clinic who told them that they need imaging for pt's brain.

Tavis Davis is a 17 y.o. male who presents with his mother due to change in mental status over past few days.

Interview with mother: (Mother is very guarded during the interview. She tends to direct what he says ie cut him off if he is making a bizarre statement, correct what he says if the statement appears bizarre.)

Mother reports pt has been confused. She then changes and says he is not confused. She reports his brain is slow or has been paused. She reports he has been quiet and withdrawn. She later reports he is not withdrawn but does talk and interact with the family. She reports his PCP wanted a MRI of brain therefore mother brought him to ED. She expresses concerns that she should not have brought him to ED and wants outpatient treatment and not transfer to "facility." She repeats that he does not have a mental illness even after we discussed clinical presentation consistent with psychosis.
Mother reports she does not want him to go to psychiatric facility due to "government screw ups" and "devil worship." She does not want to discuss her concerns about the government over the internet or in front of Tavis. She does not feel he has a mental illness because she thinks his father's ex girlfriend has accessed his brain and using mind control on Tavis. She expresses concerns with devil worship being a part of Tavis' presentation.

She reports prior to past few days he had plans to move in his own apartment, he has a car and is attending HCC, as freshman with a major in law enforcement. He wants to be a federal lawyer. He has been helpful at home. His sleep has been good.

Interview with Tavis:

Tavis is very distracted during the interview and appears to be responding to internal stimuli. At times he is guarded and stops talking. Other times he is angry and hitting his legs with his hands. He becomes upset with mother when she tries to talk about his fears of the world and tries to silence her with shushes. He begins to wave his hands over her in an anger manner but apologizes to her when he drops his napkin on her.

He reports "God is listening." He admits that his thoughts of God has been " with me stronger then ever." He then looks around at camera and says that he has a twin sister that he is "trying to find out where she is at." He



| HOUSTON Methodist LEADING MEDICINE | Houston Methodist Hospital<br>6565 FANNIN<br>HOUSTON TX 77030 | Davis, Tavis<br>MRN: 109029477, DOB: 6/12/2001, Sex: M<br>ADM: 5/26/2019, D/C: 5/28/2019 |
|---|---|---|

## Consult Notes (continued)

### Consults (continued)

reports feeling like "something is pull back." He reports feeling slow down and "more scared, terrified, I should not be scared or terrified" because he believes in God.

He reports no hopelessness, no suicidal or homicidal ideation.

No past medical history on file.

No past surgical history on file.

(Not in a hospital admission)

### Current Facility-Administered Medications

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • LORAZepam | 1 mg | oral | Once |

No current outpatient medications on file.

No Known Allergies

No family history on file.

## Social History

Socioeconomic History
• Marital status:                        Single
         Spouse name:                Not on file
• Number of children:            Not on file
• Years of education:            Not on file
• Highest education level:    Not on file
Occupational History
• Not on file
Tobacco Use
• Smoking status:                    Not on file
Substance and Sexual Activity
• Alcohol use:                          Not on file
• Drug use:                              Not on file
• Sexual activity:                    Not on file

## Risk Factors

        Suicidal Ideation:  none
        Homicidal Ideation:  none
        Recent Stressors:  none
        Any Financial Issues:  none

## History of Previous Treatment or Community Mental Health Resources Used

Inpatient: none



Houston Methodist Hospital    Davis, Tavis
6565 FANNIN    MRN: 109029477, DOB: 6/12/2001, Sex: M
HOUSTON TX 77030    ADM: 5/26/2019, D/C: 5/28/2019

## Results (continued)

Resulted: 05/26/19 0450, Result status: In process

### Syphilis total antibody [269202055] (continued)
Resulting lab: HMH DEPARTMENT OF PATHOLOGY AND GENOMIC MEDICINE

Resulted: 05/26/19 0506, Result status: Preliminary result

### Comprehensive metabolic panel [269202037]
Ordering provider: Nuszen, Jack A., DO  05/26/19 0406    Collected by: Coats, Caitlin, RN 05/26/19 0421
Resulting lab: HMH DEPARTMENT OF PATHOLOGY AND GENOMIC MEDICINE
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 144 | 135 - 148 mEq/L | — |
| BUN | 17 | 6 - 20 mg/dL | — |
| Glucose | 89 | 65 - 99 mg/dL | — |
| Calcium | 10.2 | 8.4 - 10.2 mg/dL | — |
| Protein | 7.9 | 6.3 - 8.3 g/dL | — |
| Alkaline phosphatase | 73 | 40 - 129 U/L | — |
| ALT | 26 | 5 - 50 U/L | — |
| Total bilirubin | 1.0 | 0.0 - 1.2 mg/dL | — |

Resulted: 05/26/19 0506, Result status: Final result

### Alcohol level, blood [269202040]
Ordering provider: Nuszen, Jack A., DO  05/26/19 0406    Collected by: Coats, Caitlin, RN 05/26/19 0421
Resulting lab: HMH DEPARTMENT OF PATHOLOGY AND GENOMIC MEDICINE
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Alcohol | None Detected | mg/dL | — |
| Alcohol percent | None Detected | % | — |

Resulted: 05/26/19 0506, Result status: Preliminary result

### Comprehensive metabolic panel [269202037] (Abnormal)
Ordering provider: Nuszen, Jack A., DO  05/26/19 0406    Collected by: Coats, Caitlin, RN 05/26/19 0421
Resulting lab: HMH DEPARTMENT OF PATHOLOGY AND GENOMIC MEDICINE
Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| Sodium | 144 | 135 - 148 mEq/L | — |
| Potassium | 4.3 | 3.5 - 5.0 mEq/L | — |
| Chloride | 101 | 98 - 112 mEq/L | — |
| BUN | 17 | 6 - 20 mg/dL | — |
| Creatinine | 1.35 | 0.70 - 1.20 mg/dL | H |
| Glucose | 89 | 65 - 99 mg/dL | — |
| Calcium | 10.2 | 8.4 - 10.2 mg/dL | — |
| Protein | 7.9 | 6.3 - 8.3 g/dL | — |
| Alkaline phosphatase | 73 | 40 - 129 U/L | — |
| AST | 30 | 10 - 50 U/L | — |
| ALT | 26 | 5 - 50 U/L | — |
| Total bilirubin | 1.0 | 0.0 - 1.2 mg/dL | — |

Resulted: 05/26/19 0506, Result status: Preliminary result

### Comprehensive metabolic panel [269202037]
Ordering provider: Nuszen, Jack A., DO  05/26/19 0406    Collected by: Coats, Caitlin, RN 05/26/19 0421
Resulting lab: HMH DEPARTMENT OF PATHOLOGY AND GENOMIC MEDICINE
Components



| | Houston Methodist Hospital | Davis, Tavis |
|---|---|---|
| | 6565 FANNIN | MRN: 109029477, DOB: 6/12/2001, Sex: M |
| | HOUSTON TX 77030 | ADM: 5/26/2019, D/C: 5/28/2019 |

Consult Notes (continued)

Consults (continued)

Mood: reports good mood
Insight: Poor
Judgement: Poor
Affect: Irritable, Labile and Silly
Thought Process: goal directed
Thought Content: Paranoid feelings and Hyperreligious
Hallucinations: denies but appears internaly stimulated
Suicidal Ideation: Not present
Homicidal Ideation: Not present
Sensorium: Alert
Orientation: Person
Intellectual Functioning: Average range
Recent Memory: Impaired
Remote Memory: Impaired
Attention/Concentration: Altered
Impulse Control: Altered
Other information:

**Labs/Radiology/Diagnostics**

Labs
**\*\* No results found for the last 24 hours. \*\***

Imaging
**\*\* No results found for the last 24 hours. \*\***

**Problem List**
There are no active hospital problems to display for this patient.

- **Axis I:** Psychotic Disorder NOS
- **Axis II:** Deferred
- **Axis III:** none
- **Axis IV:** problems with access to health care services and problems with primary support group
- **Axis V:** 20

**Clinical Assessment & Plan:**
Tavis is 17 y/o man with according to mother new onset change in mental status. Tavis is hyperreligious, appears internally stimulated, irritable and easily agitated. He talks about God, having a twin sister and fears (



# News Tip

**From:**    "Click2Houston contact page" <noreply@alchemer.com>

**To:**    storyideas@kprc.com, picture1976@gmx.com

**Date:**    Oct 8, 2022 4:21:09 AM

**HELLO! WHY ARE YOU CONTACTING US TODAY?**

I have a news tip.

**What's your story idea?**

My son is being attacked over his own brain smartness they hacked his brain then Blind Side he and walked him in to harris county jail and started attacking him I was right here and witness it can you help it the police officers in a police cult worshiping Adolf Hitler ,with satanic cult member Christopher Brian Bridge AKA Ludacris the rappers handing out Jesus Christ Spiritual gifts and talents The dangerous personality Cult of Donald Trump Kanye West going up to the jail in a private concert arica saying that let me strike again no one's come to help yet they let him attack those guys in jail on the brain for their Intelligence on their brain and their talents

Jay-Z, Rihanna and Kanye West holder Run This Town tonight after his first receiver he says the return of Meka its me will you investigate artificial intelligence will start World War 3 and that's what describing for now they're beating too many to death on the brains and stealing from their brain

Ludacris went to Baton Rouge Louisiana and produced a whole bunch of retarded people and started showing them how to go to human body and body swap their intelligence by hacking the human body and attacked their looks because they was producer retarded and deform looking people I can help out more contact me I have pictures

He Antichrist married a retarded girl for Baton Rouge and her family members and now was have to suffer retired go arrest him there on our brain attacking us

The impersonate me they stole my identity and deep-faced us

**How urgent is the news tip?**

Happening right now

**Photo(s) or video related to the tip:**

57-b90dc9dc6e5444402578e88808393898_20221007_223957.jpg,181-dc59a107b8f6013bf18b7d78a449818d_Screenshot_20220928-202207_Photos.jpg,16-37ccecc5562e9e34d200e5ad129c4c8a_Screenshot_20220928-202202_Photos.jpg,196-a9f22a34620433a4e2c09f4633904bff_Screenshot_20221008-050638_Photos.jpg,57-1ab8bbf90fb10083d3c3cb2f8ffc3f69_Screenshot_20221008-050609_Photos.jpg

**First and last name:**

Tremeka Davis



# Tavis Davis 03021991

**From:** "Tre'Meka Davis" <picture1976@gmx.com>
**To:** dcraighughes@msn.com
**Date:** Sep 26, 2022 1:23:49 PM

They started attacking me when .Tavis was a baby and they attacked Tavis at home then in foster care he then ran way from foster care where they attacked him and sex trafficking him sex police was called in, Tavis don't know much about the story I know the story it's my old friends and relatives that's involved so you have to talk to me about the story they living like Billionaire from Just Organ Trafficked the movie Left Behind is about me I'm the blueprint that they stealing and rebuild he left Behind movie was filmed in Baton Rouge where I'm from as based on my life you have to trust me and investigate

--Tremeka Davis
832 306 5931

Astral Projection and Jay z and Beyonce
Ape Shit Song  Aping — to impersonate,
Copy or imitate someone

in the Video Jay z Beyonce is stand in front
of the mona lisa printing is a green Wall
With Orange lights behind it.

I ask would they Used the Color's
to show I was apart of  this to
and They did

The Color are my Jr. High School
Color that we l (the girls Obama
etc. Used as there
wife's)
They Dedicated this Song to the
44th President Barak Obama

* Jay z Astral Traveling Cult
* Barak Obama have a
Shade Government
how they Use astral project
and Brain to Brain Communiation
to Started Fight in Harris
Country Jail
* Jay z glowing eye demons

Free Email Addresses: Web based and secure Email - GMX.com

05

Compose E-mail

Delete   Spam   Reply    Forward   Move     Close

Search

Unre
Favori
Inbo

Displ
Trash
Spam
Sent
Draft
New
Add



Title

They used the girls from my old school and neighborhood and ex
boyfriend girlfriend to body swap me with
I ask the questions in my house would they put these colors on
It my school colors were we went to school at Capital Junior at
Orange was for a pace of mind
Green for the land
I want to end the war The Donald J Trump have started on our brain
calling it world war 3 The personality cult of Donald J. Trump, Kenya
West, Shawn Corey Carter,and Christopher B Bridges can you please
free Tavis Davis for jail my old friends set Tavis Davis up for the
police department they came told me they joined Donald J Trump

Edited Apr 3

Help

Settings

About us



# The day Tavis was lost

**From:**    "Tre'Meka Davis" <picture1976@gmx.com>

**To:**    davincicode@gmx.com

**Date:**    Nov 7, 2022 8:32:10 PM

The day Tavis was lost

Texas Penal Code §8.01(a) stipulates if an individual does not know that their conduct was wrong as a result of severe mental disease or defect, then this is a valid defense against prosecution. In such cases, a defendant can be found Not Guilty by Reason of Insanity.

When these crimes took place Tavis Davis was not in the right state of mind his brain had been hacked and I was looking for help for him Tavis Davis was being attacked on his brain Jay z ,Katisha Brown, Cardi B, Lil Wayne, Robert Rihmeek Williams was stealing off his brain and trying to walk him to jail by using demon possession and Brain to Brain communication and interfacing him to them,deep face him and then placed our enemies on our brain to torture him at the same time a number of my family members was sitting with Jay Z trying out to be a Antichrist celebrity they had told me they had to help us so his dad side of the family trying to throw him away any kind of way they could just to live as a King and have his body functioning they was Oregon trafficking us I would go to the police department to ask for help and I do have proof we was born with spiritual gifts to be called God we was living on FM 1960 Christopher Bridge had set up a Antichrist government using family member of the one's who was attacking us from Baton Rouge Louisiana to set up Tavis and the arrest of our family so they could live our life they was trying to hold us down from stepping in as God they took Tavis through so much stuff that it was impossible for human mind to believe Tavis daddy girlfriends family members lived at the apartment complexs we lived at and Tavis had just got out of CPS where a foster parent was trying to take advantage of him in a sexual manner he also was related to these girls that was harassing me and Tavis they sent thim here the ex-boyfriend girl friends and children out there to communicate with him and they want to started a gang fight with him just for a career I was told a police officer walked up to some of the guys and asked them to help them set up him all I could do was tell Tavis and ask the police officers for help and by this time I had learned that the Police Officers was related to the girls and was paying them as the Babylon revelation prostitutes they had got the girls who I had grew up with and named them their prostitutes from Revelations and paid them to set us up but they let me listen to so much of it because I was the one to end Revelations 2 Thessalonian say

everything we said and did was documented they watch us 24hours a day so I have proof of what's been going on Tavis don't know about this as much as I do Tavis dad Travis James is related to Shawn Carter aka Jay-Z they share the some dad

Jay-Z is in the Illuminati he's a Ideological -

based on or relating to a system of ideas and ideals, especially concerning economic or political theory and policy. "the ideological struggle that underpinned the cold war"

This is a cult that had been gang stalking us before they approached us
To destory our life they actually told me this

Christopher B.Bridge AKA Ludacris his
a police cult

The dangerous cult of Donald J Trump

Jay-Z Astral Traveling Cult

Kanye West surprise concert visit to the jail and a a document that I seen
The cult of Kenya west strikes again but only because you let them

The guys in Harris County Jail getting
beaten to death for their Intelligence and Talents

And not only Tavis but my other and the kid they stole from me from The Holy Grail

They rebuild the both of us
Tavis Davis has a brain injury from the police department then the crime started I was talking with them while they was setting him up so was walking up to the police station asking for help and

They arrested him when the movie Judas and the black Messiah was coming out in February and he was arrested

Then at that time Tavis was to stand up and say what was going on against the police department but instead Jay Z and Meek Mills did 2017 when he ran away from foster care .CSP called sex trafficking Ludacris was passing out the DaVinci Code to the foster care parents

Family members had a Babylon king on Ford Bend Police Department who didn't know how to keep the spiritual gifts so she got on my brains and told me what she had did set him up with the crimes then saw her boyfriend to pick him up because Houston wouldn't do it.



## Help Stop Jay z Illuminati Da Vinci Attacks

**From:**    "Tre'Meka Davis" <picture1976@gmx.com>

**To:**    davincicode@gmx.com

**Date:**    Sep 12, 2022 8:06:07 AM

God's Name Pope Francis revealed it

Jay Z and Rihanna song who going to run the world tonight : he mention the return of Meka
Right after he talked about Caesar

Americans have stolen Gods Jewels

They was Jealousy of God

The police hired them

The Family Members
and dad Family Members

Oregon trafficking God

He's bringing people to me to have sex with me using astral traveling lying in my body on willful Force

The Cult

The police department birthday retarded people then put other people in rituals to still their talents skills brain cells
Supernatural brain cells and then call them artificial intelligence and robots and demons

The artificial intelligence theft

The DaVinci war of Jesus Christ Family

The fake return of Jesus Christ

Trina Hill help them set up this operation she also helped in left behind that was made in Baton Rouge so her Terry katisha
Keisha Clark sheika Wendy Higgins Karen Crockett Pernell Davis and so many more have something to do it left behind the
biblical movie

1. The Temple of Satan the abortion rights and the Illuminati watch over or oversee over seeing people being born into the
world with special abilities then attacking them the Illuminati is doing this

2. How the Illuminati watch me and where that is and how we doing today and where are we going with what's going on

3. Precious just sold me and showed up in my image and area in my eye view I don't have the exact time but it must have
been around 12:30 to 1:00 September 11th 2022
She called CPS on me to get it started told lies on me about hitting my children and my and my mental problem I don't have
one my other siblings will tell CPS them Depression was lying I didn't have a mental problem but CPS was poor of this
government rituals they would be squeezing and talking on my brain and blocking my thoughts using mind control Baton
Rouge government moved to Houston and start my controlling me from here their Police Department the Illuminati
congresswoman Sheila Lee Jackson is from Baton Rouge she has family members that live there that she used in this ritual
her demon daughter Sheika

They then went to produce all my ex-boyfriends guys that I dated girlfriends and call them the the Antichrist Queens let
them rule America as demons until I come as God or somebody bring me forward with the Holy Grail story

This is what they trying to say it was all about how they introduce their children

The police officers had their children date my boyfriend's so they could be called The Babylon Queens the ladies who went
up against me being called God because they dated by guy friends and they're the girls the guys wanted the prostitutes that
my guy friends wanted so they should be the celebrity that's what Keisha Clark kept saying Devonte stayed here in the
month of August coming into September of 2022 he said Obama had told him to come here he starts showing up in my
image area crying on camera saying basically he had nowhere to go and they was making him do stuff he didn't want to do

shop on my Imogen area in my brain telling me he was attacking Tavis in jail visually to get scores to be called a king Obama now walked up to him and told him to walk up to me and had me my gifts then they tell me that demand decided to hand ownership as God my gift to Keisha Clark a prostitute down the streets neighbor who wanted to date every guy that I dated says the Illuminati walk up to them when they was young and told them to go up against me to stop them from living and handing them some spiritual stuff the police department then came back and repeated it and came showed me in 2000 I think it was 2010 to 2011 how it was done how they set up the government to have this fight with me And this time. August Keisha Clark started to fight I was getting ready to leave and she showed up on a commercial first a College commercial and then start talking about my brain she made me so bad until I walked outside screaming they was trying to make me spin off wrong for the first of the month so I was on a lot of stress from all of you she was doing and inside of me thirsty and then all the game fights sending people to my house black and the other family member who kept walking outside the same time. That I was walking outside didn't the game fight on my brain and in the jail with these and the helicopter having to come down just stopped them from attacking me just show a sign yeah all this on camera out here and one of them showing up Asheville projection Travis grabbing at me a little and then blinking off

4. Other people in Baton Rouge have done this that's how they got the rich and fame from the Illuminati Ludacris Christopher Bridge Jay Z Carter and a list of other people

---

**Attachments**

- Screenshot_20220911-154913_Photos.jpg
- Screenshot_20220911-154908_Photos.jpg
- An Extract of Awa Father's Message_... - TRUTH Generation _ Facebook
- World Leader Quotes_ Adolf Hitler (1)
- Screenshot_20220911-175525_Photos.jpg
- Beyonce's 'Lemonade' Was Funded by the CIA, Reasonable Conspiracy Theorists Say - VICE
- Beyoncé's 'Lemonade' Is Actually a CIA Plot to Start a Race War, Says Conspiracy Theorist (1)
- Screenshot_20220911-185631_Photos.jpg
- Screenshot_20220911-223751_Google.jpg
- Screenshot_20220911-223922_Google.jpg
- This Might Be Our Favorite New Beyoncé Illuminati Theory
- 20220911_225919.jpg
- Screenshot_20220911-233401_Photos.jpg
- Screenshot_20220911-233454_Photos.jpg
- How AI helped Donald Trump reach the White House _ iTMunch
- How AI Can Make You The President _ by Jacob Bergdahl _ Towards Data Science
- Screenshot_20220912-000717_Photos.jpg



✉            08

Compose E-mail

Find emails easier — try the new full-text search and give us your **feedback**

Close

rihanna

Unread

Favorit

Inbox

∧ Display

Trash

Spam

Sent

Drafts

help7@

+ New fol

+ Add e-r



**Drive When You Want**

Drivers are in demand. Sign up now and earn while providing much-needed rides.

Lyft



 Battle For The Throne: The Story Of Lil Wayne & Jay-Z

Clout Cancún · 49K views · 1 month ago



? Help

⚙ Settings

About us

☐ No recipient address      1/4/2022 ☆      for the

Re: Carnisha and Rihanna            electronically hit

Free Email Addresses: Web based and secure Email - GMX.com

08



 **Argentine Ribeye Steak - Cooked in Butter** ⋮

Aden Films · 6.7M views · 1 year ago



**Mix - BWay Yungy - Many Men (Official Music Video)** ⋮

YoungBoy Never Broke Again, Bway Yungy, WNC Whop Bezzy, and more



Google

| kanye west and harris county jail    ✕   🎤   📷   🔍 |

     ⚙️   ⚏   Sign in

🔍 All   📰 News   🖼 Images   ▶ Videos   🗺 Maps   ⋮ More      Tools

About 1,630,000 results (0.57 seconds)

▶ **Videos**   ⋮

**Kanye West performs at Harris County Jail in Houston**
YouTube · KHOU 11
Nov 15, 2019

**Kanye West Gives Surprise Concert At Harris County Jail ...**
YouTube · NowThis Entertainment
Nov 18, 2019

**Kanye West plays secret concert for Harris County jail inmates**
YouTube · Houston Chronicle
Nov 22, 2019

**Kanye West performs at Harris County jails | Kanye West and ...**
Facebook · Harris County Sheriff's Office
Nov 15, 2019

Feedback

View all →

https://www.youtube.com › watch   ⋮

**Kanye West performs for inmates inside Houston jail - YouTube**



**Kanye West** is already in Houston before his Lakewood Church visit, and one of his stops on Nov. 15, 2019 is **jail**. The rap icon-...

YouTube · ABC13 Houston · Nov 15, 2019

https://www.chron.com › news › houston-texas › article   ⋮

**Kanye West plays secret concert for Harris County jail ... - Chron**

Nov 15, 2019 — Rapper **Kanye West** appeared at the **Harris County Jail** on Friday, Nov. 15, 2019 for two unannounced **jailhouse** shows, one for more than 200 men ...

https://www.cnn.com › 2019/11/16 › kanye-west-texas-pr...   ⋮

**Kanye West performed a surprise concert for inmates in ... - CNN**

Nov 16, 2019 — **Kanye West** left inmates in tears when he performed a surprise concert at the **Harris County jail** in Houston, Texas.

https://www.okayplayer.com › Music   ⋮

**Watch Kanye Perform "Jesus Walks" for Inmates at Houston's ...**

Ahead of tomorrow's appearance at Joel Osteen's megachurch service, the rapper treated inmates at **Harris County Jail** to a surprise performance with the Sunday ...

https://www.khou.com › article › news › local › kanye-...   ⋮

**Kanye West jail performance inspires inmates | khou.com**

Nov 18, 2019 — HOUSTON — **Kanye West** and his choir of 100 singers pulled off a pair of performances inside two **Harris County jails** on Friday afternoon.

https://www.fox4news.com › news › kanye-west-and-choi...   ⋮

**Kanye West and choir perform at Harris County Jail**

Nov 15, 2019 — HOUSTON - **Kanye West** and his choir visited the **Harris County Jail** on Friday.
The **sheriff's** office confirms Kanye performed twice – once for ...
https://abc7.com › kanye-west-jail-show-concert-harris-... :

### Kanye West performs in Houston jail with his Sunday Service ...

Nov 16, 2019 — Ahead of his visit to Joel Osteen's Lakewood Church, **Kanye West** visited
inmates at **Harris County Jail** for a performance with a choir.

🖼 **Images for kanye west and harris county jail**　　　⋮

▶ Video　　　　　　　　　▶ Video

　　　　　　　　　　　　　　　　　*Feedback*

View all →

Related searches　⋮

kanye west **houston, texas**　　　kanye west **karaoke**

kanye west **sermons**　　　　　**where is** kanye west **from**

kanye west **performing**　　　　jail **phone number**

kanye west **choir**

　　　1　2　3　4　5　6　7　8　9　10　　　Next

**77002, Houston, TX** - Based on your past activity - Update location

Help　　Send feedback　　Privacy　　Terms

08

Compose E-mail

rihanna

Unread
Favorit
Inbox

∧ Display
Trash
Spam
Sent
Drafts
help7@

+ New fol
+ Add e-r

Find emails easier — try the new full-text search and give us your feedback

Close

10:53

×     2:42

**KHOU**
Mother of teen with special needs
who was beaten to death at Harri...
Fred Harris, 19, was killed after being attacked in jail by 25-
year-old Michael Paul Ownby, according to court documents.

Images may be subject to copyright. Learn More

Watch

Related Images

Texas teen with learning disabili...
Fox News

He danced his way into everyon...
Click2Houston

▶ Video

Harris County Jail lawsuit: Fami...
ABC13

Fred Harris beaten: Teen with s...
ABC13

✳
Discover

🔍
Search

🗐
Collections

III     ◯     ‹

❓ Help

⚙ Settings

About us

eenshot_2022111   Screenshot_2022110   Screenshot_202210   Screenshot_2022111   Screenshot_2022

No recipient address    1/4/2022 ☆    for the
Re: Carnisha and Rihanna        electronically hit



Compose E-mail

rihanna

Unread
Favorit
Inbox

∧ Display
Trash
Spam
Sent
Drafts
help7@
+ New fol
+ Add e-r

08

Find emails easier — try the new full-text search and give us your feedback
Close

**DEATH INVESTIGATION**

# 11 HARRIS COUNTY SHERIFF'S OFFICE EMPLOYEES FIRED AFTER INMATE'S DEATH; 6 SUSPENDED

 *By Mycah Hatfield*

Friday, May 28, 2021



Help
Settings
About us

Screenshot_2022100    Screenshot_202209(    Screenshot_2022101    Screenshot_202210(    Screenshot_2022

☐ No recipient address    1/4/2022 ☆    for the
Re: Carnisha and Rihanna    electronically bit